Case No. 2:23-cv-01899-JAD

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

In re: FRESH MIX LLC,
*Debtor.*

LENARD E. SCHWARTZER, TRUSTEE,
*Plaintiff,*

v.

PISANELLI BICE, PLLC; GET FRESH SALES, INC.,
*Defendants.*

GET FRESH SALES, INC.,
*Appellant,*

v.

LENARD E. SCHWARTZER, CH. 7 TRUSTEE; PAUL LAGUDI;
WILLIAM TODD PONDER; PISANELLI BICE, PLLC;
COHEN DOWD QUIGLEY P.C.; BRUCE A. LESLIE, CHTD.;
BRUCE A. LESLIE,
*Appellees.*

Appeal from the United States Bankruptcy Court
for the District of Nevada
Before the Honorable Gary A. Spraker
[Case No. 20-12051-GS (Chapter 7);
Adversary Proceeding No. 22-01049-GS]

**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL OF
RECORD FOR APPELLANT GET FRESH SALES, INC.**

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Athanasios E. Agelakopoulos, Esq.
Nevada Bar No. 14339
aagelakopoulos@nvfirm.com
Jason J. Thomas, Esq.
Nevada Bar No. 16148
jthomas@nvfirm.com
SCHWARTZ LAW, PLLC

1

601 East Bridger Avenue
Las Vegas, Nevada  89101-5805
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for Appellant Get Fresh Sales, Inc.*

## SUBSTITUTION

Appellant Get Fresh Sales, Inc. ("**Get Fresh**") hereby substitutes Greenberg Traurig, LLP to represent it for all purposes in the above-entitled matter in the place of Schwartz Law, PLLC.

DATED: January 23, 2024.

GET FRESH SALES, INC.

*/s/ Scott Goldberg*
Scott Goldberg, Chief Financial Officer

## CONSENT TO SUBSTITUTION

Schwartz Law, PLLC acknowledges that Get Fresh is substituting Greenberg Traurig, LLP to represent Get Fresh in the above-entitled matter and consents to same.

DATED: January 23, 2024.

SCHWARTZ LAW, PLLC

*/s/ Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
601 East Bridger Avenue
Las Vegas, Nevada  89101

*Proposed Withdrawing Counsel for*
*Appellant Get Fresh Sales, Inc.*

/ / /

## ACCEPTANCE OF SUBSTITUTION

Greenberg Traurig, LLP hereby accepts substitution as counsel of record for Get Fresh for all purposes in the above-entitled matter.

DATED: January 23, 2024.

GREENBERG TRAURIG, LLP

*/s/ Jason Hicks*
Mark E. Ferrario, Esq.
Nevada Bar No. 1625
ferrariom@gtlaw.com
Jason Hicks, Esq.
Nevada Bar No. 13149
jason.hicks@gtlaw.com
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135

*Proposed Substitute Counsel for Appellant Get Fresh Sales, Inc.*

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED:  2/9/24

4