MARK FERRARIO
Nevada Bar No. 1625
JASON HICKS
Nevada Bar No. 13149
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: Ferrariom@gtlaw.com
Jason.Hicks@gtlaw.com

*Attorneys for Get Fresh Sales, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR DISTRICT OF NEVADA

| | |
|---|---|
| In re: FRESH MIX, LLC,<br><br>Debtor. | Case No. 2:23-cv-1899-JAD<br><br>BANKRUPTCY CASE NO.: 20-12051-GS<br>CHAPTER 7 |
| LENARD E. SCHWARTZER, TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>PISANELLI BICE, PLLC; GET FRESH SALES, INC.,<br><br>Defendants. | **STIPULATION AND ORDER FOR DISMISSAL**<br><br>ECF No. 8 |
| GET FRESH SALES, INC.,<br><br>Appellant,<br><br>v.<br><br>LENARD E. SCHWARTZER, CH. 7 TRUSTEE; PAUL LAGUDI; WILLIAM TODD PONDER; PISANELLI BICE, PLLC; COHEN DOWD QUIGLEY P.C.; BRUCE A. LESLIE, CHTD.; BRUCE A. LESLIE,<br><br>Appellees. | |

Page **1** of **3**

ACTIVE 693014961v1

**IT IS HEREBY STIPULATED** between Appellant/Defendant Get Fresh Sales, Inc., and Plaintiff/Defendant/Appellees, as the case may be, Lenard E. Schwartzer, Chapter 7 Trustee; Paul Lagudi; William Todd Ponder; Pisanelli Bice, PLLC; Cohen Dowd Quigley P.C.; Bruce A. Leslie, CHTD.; and Bruce A. Leslie, by and through their respective counsel of record, that this matter be DISMISSED WITH PREJUDICE, with each party to bear his or its own fees and costs.

DATE: FEBRUARY 14, 2024

**GREENBERG TRAURIG, LLP**

By:  */s/ Jason Hicks*
   JASON HICKS, ESQ.
   Nevada Bar No. 13149

   *Attorneys for Get Fresh Sales, Inc.*

DATE: FEBRUARY 14, 2024

**FOX, IMES & CROSBY LLC**

By:  */s/ Jason Imes*
   JAMES E. GREENE
   Nevada Bar No. 2647
   JASON IMES, ESQ.
   Nevada Bar No. 7030

   *Attorneys for Chapter 7 Trustee Lenard Schwartzer*

DATE: FEBRUARY 14, 2024

**HOLLEY DRIGGS LTD.**

By:  */s/ Thomas Edwards*
   THOMAS EDWARDS, ESQ.
   Nevada Bar No. 9549

   *Attorneys for Paul Lagudi and William Todd Ponder*

/ / /

DATE: FEBRUARY 14, 2024

**GREENE INFUSO, LLP**

By:  */s/ Michael Infuso*
   MICHAEL INFUSO, ESQ.
   Nevada Bar No. 7388

   *Attorneys for Pisanelli Bice PLLC*

| | |
|---|---|
| Date: February 14, 2024 | Date: February 14, 2024 |
| **ANDERSEN & BEEDE** | **OLSON CANNON GORMELY & STOBERSKI** |
| By: */s/ Ryan Andersen*<br>    RYAN ANDERSEN, ESQ.<br>    Nevada Bar No. 12321 | By: */s/ Felicia Galati*<br>    FELICIA GALATI, ESQ.<br>    Nevada Bar No. 7341 |
| *Attorneys for Cohen Dowd Quigley PC* | *Attorneys for Bruce A. Leslie and Bruce A Leslie CHTD* |

## ORDER

Based on the stipulation of counsel [ECF No. 8] and with good cause appearing, this case is hereby DISMISSED WITH PREJUDICE, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE
February 16, 2024

ACTIVE 693014961v1